UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 1, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-0033 TLN |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| GABRIEL ERASMO CABRERA | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release GABRIEL ERASMO CABRERA Case No. 2:25-cr-0033 TLN  Charges 18 U.S.C. §922(g)(1) from custody for the following reasons:

　　　　　Release on Personal Recognizance

　　　　　Bail Posted in the Sum of $ _____

　　　　　　　Unsecured Appearance Bond $ _____

　　　　　　　Appearance Bond with 10% Deposit

　　　　　　　Appearance Bond with Surety

　　　　　　　Corporate Surety Bail Bond

　　　　　　　(Other): Release is DELAYED until 4/2/2025 at 9:00

   x   AM to the custody of Megan Hopkins who will escort to WellSpace.

Issued at Sacramento, California on April 1, 2025 at 2:30 PM


By:   /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney