HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
GABRIEL ERASMO CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00033-TLN |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR MODIFICATION OF SPECIAL CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| GABRIEL ERASMO CABRERA, | Judge: Hon. Allison Claire |
| Defendant. | |

At the request of Pretrial Services, the defendant, GABRIEL ERASMO CABRERA, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Douglas Harman, hereby stipulate to and request an order from this Court modifying the conditions of Mr. Cabrera's pretrial release by replacing reference to "WellSpace" residential substance abuse treatment program in Special Condition of Release Numbers One (1), and Four (4) with "WestCare" residential substance abuse treatment program.

Mr. Cabrera was released as scheduled and reported to Pretrial Services for intake on April 2, 2025, and then reported to WellSpace immediately thereafter. He was admitted to the WellSpace program, however a few hours later he was picked up by law enforcement for a "parole hold" that was overlooked by the Sheriff at the time of his release. Mr. Cabrera was returned to custody from April 2, 2025, until he was against released at 9:18 p.m. on April 9,

2025.  Mr. Cabrera remained in contact with defense counsel and the pretrial services officer, and reported to Pretrial Services as directed on April 10, 2025. Unfortunately, WellSpace no longer had a bed available for Mr. Cabrera.

Pretrial Services was able to confirm a bed was available in the WestCare residential drug treatment program in Fresno, CA, and has directed Mr. Cabrera to report to the WestCare program for intake at 8:00 a.m. on April 11, 2025. Fortunately, Mr. Cabrera's mother is able and willing to drive him to Fresno for the morning intake appointment. In light of the change in treatment programs approved by Pretrial Services and at the request of the agency, the parties hereby stipulate to replace all references to WellSpace in the Special Conditions of Release with a reference to WestCare. The parties further agree and recommend that all other conditions remain in full force and effect.  The parties do not request a hearing in this matter in light of this stipulation.

Dated: April 11, 2025                     Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Public Defender

                                          */s/ Megan T. Hopkins*
                                          MEGAN T. HOPKINS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Gabriel Erasmo Cabrera


                                          MICHELLE BECKWITH
                                          Acting United States Attorney


DATED:  April 11, 2025                     */s/ Douglas Harman*
                                          DOUGLAS HARMAN
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

**[PROPOSED] O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT all referenced to WellSpace in the Special Conditions of Release Number will be replaced with a reference to WestCare. All other conditions of pretrial release shall remain in force.

Dated: April 11, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE