1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: 916-498-5700
   Fax: 916-498-5710
5
   Attorney for Defendant
6  GABRIEL ERASMO CABRERA

7             IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,      )   Case No. 2:25-cr-00033-TLN
                                    )
11 |          Plaintiff,             )   RULE 43 WAIVER OF APPEARANCE:
                                    )   ORDER
12 | v.                              )
                                    )   Judge: Hon. Troy L. Nunley
13 | GABRIEL ERASMO CABRERA,         )
                                    )
14 |          Defendant.             )
                                    )
15                                  )

16
        Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, GABRIEL
17
   ERASMO CABRERA, hereby waives the right to be present in person in open court for future
18
   status conferences, and upon the hearing of any motion or other proceeding in this case,
19
   including, but not limited to, when the case is set for trial and when any other action is taken by
20
   the court before or after trial.
21
        Defendant hereby requests the Court to proceed during every absence which the Court
22
   may permit to this waiver; agrees that defendant's interests will be deemed represented at all
23
   times by the presence of the defendant's attorney, the same as if the defendant were personally
24
   present; and further agrees to be present in court ready for trial any day and hour the Court may
25
   require.
26
   / / /
27
   / / /
28

Rule 43 Waiver of Appearance         -1-         *United States v. Gabriel Erasmo Cabrera*

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

Dated: April 11, 2025

/s/ *Gabriel Erasmo Cabrera*
(Defendant)

I agree and consent to my client's waiver of appearance.

Dated:  April 11, 2025

/s/ *Megan Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant

IT IS SO ORDERED.

Dated:  April 11, 2025

_____
Troy L. Nunley
Chief United States District Judge