HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
GABRIEL ERASMO CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00033-JAM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING RE STATUS OF RELEASE |
| v. | |
| GABRIEL ERASMO CABRERA, | Judge: Hon. Sean C. Riordan |
| Defendant. | |

At the request of Pretrial Services, the defendant, GABRIEL ERASMO CABRERA, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Douglas Harman, hereby stipulate to and request an order from this Court continuing the hearing on status of release from June 2, 2025, at 2:00 p.m. to June 25, 2025, at 2:00 p.m.

Mr. Cabrera is currently residing at and participating in the WestCare residential drug treatment program in Fresno, CA, with an anticipated graduation date of July 11, 2025. Pretrial Services believes, and the parties agree, that a status conference regarding Mr. Cabrera's post-graduation release plan would be most productive if held closer in time to his projected graduation date. The parties also anticipate filing a request to set an arraignment on the indictment in related case number 2:25-cr-0130-JAM for the same date, for judicial economy.

///

Therefore, the parties respectfully request to continue the hearing on the status of release to June 25, 2025.

Dated: May 28, 2025                    Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Public Defender

                                                */s/ Megan T. Hopkins*
                                                MEGAN T. HOPKINS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Gabriel Erasmo Cabrera

                                                MICHELLE BECKWITH
                                                Acting United States Attorney

DATED: May 28, 2025                    */s/ Douglas Harman*
                                                DOUGLAS HARMAN
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

**[PROPOSED] O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the hearing on status of release currently set for June 2, 2025, at 2:00 p.m. is continued to June 25, 2025, at 2:00 p.m.

Dated:  May 28, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE