HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
GABRIEL ERASMO CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GABRIEL ERASMO CABRERA, <br><br> Defendant. | Case No. 2:25-cr-00033-JAM <br><br> **SECOND STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** <br><br> Judge: Hon. John A. Mendez |

     GABRIEL ERASMO CABRERA, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Douglas Harman, hereby stipulate to and request an order from this Court continuing the status conference in this matter from July 1, 2025, at 9:00 a.m. to August 5, 2025, at 9:00 a.m.

     Mr. Cabrera is currently residing at and participating in the WestCare residential drug treatment program in Fresno, CA, with an anticipated graduation date of July 11, 2025. The government has provided the defense with an initial plea offer, which defense counsel will need additional time to review with Mr. Cabrera following his completion of the residential drug treatment program. Defense counsel also continues to review the discovery provided by the government thus far, and conduct investigation therefrom.

     The parties anticipate that by August 5, 2025, they will know how they wish to proceed in this matter, and will either convert the hearing to a change of plea, or be prepared to advise the

Court regarding that status of the case. Therefore, the parties respectfully request to continue the status conference to August 5, 2025, at 9:00 a.m.

Dated: June 20, 2025                                    Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Public Defender

                                                  */s/ Megan T. Hopkins*
                                                  MEGAN T. HOPKINS
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  Gabriel Erasmo Cabrera

                                                  MICHELLE BECKWITH
                                                  Acting United States Attorney

DATED: June 20, 2025                                    */s/ Douglas Harman*
                                                  DOUGLAS HARMAN
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

# **O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference currently set for July 01, 2025, at 9:00 a.m., is **CONTINUED** to **August 05, 2025, at 9:00 a.m.**

Dated: June 23, 2025                                /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    SENIOR UNITED STATES DISTRICT JUDGE