MICHELE BECKWITH
Acting United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL ERASMO CABRERA,<br><br>Defendant. | CASE NO. 2:25-cr-00033-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: August 5, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous stipulation and order, this matter was continued from July 1, 2025 to August 5, 2025.

2. By this stipulation, the parties now move to exclude time between July 1, 2025 and August 5, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and documents totaling over 1,000 pages. Discovery also included numerous photos and videos. The government has additionally provided the full forensic extraction of multiple cell phones to the defense. These phone extractions contain thousands of

1  additional messages, audio files, images, and videos that defense will need to review. All of this
2  discovery has been either produced directly to counsel and/or made available for inspection and
3  copying.

4       b)     On June 6, 2025, alongside discovery, the government conveyed a plea offer to
5  the defense.

6       c)     Counsel for defendant desires additional time to consult with her client, review
7  discovery, and discuss possible resolutions including the provided plea agreement.

8       d)     Counsel for defendant believes that failure to grant the above-requested
9  continuance would deny her the reasonable time necessary for effective preparation, taking into
10 account the exercise of due diligence.

11      e)     Based on the above-stated findings, the ends of justice served by excluding time
12 in the case as requested outweigh the interest of the public and the defendant in a trial within the
13 original date prescribed by the Speedy Trial Act.

14      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15 et seq., within which trial must commence, the time period of July 1, 2025 to August 5, 2025,
16 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
17 because it results from a continuance granted by the Court at defendant's request on the basis of
18 the Court's finding that the ends of justice served by taking such action outweigh the best interest
19 of the public and the defendant in a speedy trial.

20     4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the
21 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
22 must commence.

23      IT IS SO STIPULATED.

24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION REGARDING EXCLUDABLE TIME  
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: June 23, 2025       MICHELE BECKWITH
                           Acting United States Attorney

                           /s/ J. DOUGLAS HARMAN
                           J. DOUGLAS HARMAN
                           Assistant United States Attorney

Dated: June 23, 2025       /s/ MEGAN T. HOPKINS
                           MEGAN T. HOPKINS
                           Counsel for Defendant
                           GABRIEL ERASMO
                           CABRERA

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 23, 2025       /s/ John A. Mendez
                           THE HONORABLE JOHN A. MENDEZ
                           SENIOR UNITED STATES DISTRICT JUDGE