UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GABRIEL ERASMO CABRERA,<br><br>　　　　　Defendant. | Case No.  2:25-cr-00033-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  GABRIEL ERASMO CABRERA , Case No. 2:25-cr-00033-JAM , Charge 18 USC § 922(g)(1), from custody for the following reasons:

　　　　Release on Personal Recognizance

　　　　Bail Posted in the Sum of $ _____

　　　　　　Unsecured Appearance Bond $ _____

　　　　　　Appearance Bond with 10% Deposit

　　　　　　Appearance Bond with Surety

　　　　　　Corporate Surety Bail Bond

　X　　(Other):  The defendants release is delayed until 08/26/2025 no later than 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 25, 2025, at 2:30 PM.

　　　　　　　　　　　　　　　　By:  _/s/ Allison Claire_____

　　　　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire