IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL ERASMO CABRERA,<br><br>Defendant. | Case №: 2:25-cr-00033-JAM<br>2:25-cr-00130-JAM<br><br>**O R D E R**<br>**APPOINTING CJA COUNSEL** |

Upon the Federal Defender's Motion and good cause appearing, the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026 is **GRANTED**.

**IT IS SO ORDERED.**

Dated: April 13, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE